IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEDICAL REIMBURSEMENT DATA MANAGEMENT, LLC, | : : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AETNA HEALTH INC., et al., | : | No. 12-1699 |
| Defendants. | : | |

ORDER

AND NOW, this **12th** day of **July**, **2012**, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, Plaintiff's response thereto, and Defendants' reply thereon, and for the reasons stated in the Court's Memorandum dated July 12, 2012, it is hereby **ORDERED** that:

1. The motion (Document No. 17) is **GRANTED**.

2. Plaintiff's claims are **DISMISSED without prejudice** to bring them in the Montgomery County Court of Common Pleas.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**